**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **AMIEE TRACY,** on behalf of herself and others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>**QUANTUM HEALTH, INC.,** )<br><br>Defendant. ) | **Case No. 2:22-cv-00294**<br><br>**JUDGE JAMES L. GRAHAM**<br><br>**MAGISTRATE JUDGE KIMBERLY A. JOLSON**<br><br>**ORDER DISMISSING THE ACTION WITH PREJUDICE** |

Plaintiff Amiee Tracy ("Representative Plaintiff") and Defendant Quantum Health, Inc. ("Defendant") have moved the Court to dismiss this Action and any and all Released Claims against each and every Released Person (as those terms are defined in the Settlement Agreement) pursuant to the Class Action Settlement Agreement ("Settlement Agreement") between Representative Plaintiff and Defendant. The Court granted final approval of the Settlement Agreement on October 21, 2024. The Parties have confirmed that all settlement payments have been made pursuant to this Court's Order Granting the Parties' Joint Motion for Certification of the Settlement Class and Final Approval of Class Action Settlement. Doc. 75. Thus, the Court hereby dismisses this Action with prejudice as well as all Released Claims against each and all Released Persons.

    **IT IS SO ORDERED**.

          s/ James L. Graham
          JAMES L. GRAHAM
          United States District Judge

DATE: February 6, 2026

- 1 -